IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:  MARC DI-SHON & ELIA JANET HILL       )
                                          ) CASE NO. 10B11394
JPMorgan Chase Bank National Association  )
/Deutsche Bank National Trust Company,    )
as Trustee for Morgan Stanley Home        )
Equity Loan Trust 2006-2, Mortgage,       ) Judge A. Benjamin Goldgar
            Creditor,                     )
      vs.                                 )
                                          )
MARC DI-SHON & ELIA JANET HILL,           )
            Debtors,                      )

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes JPMorgan Chase Bank National Association/Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-2, Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of February 17, 2012:

    a. Attorney's Fees        $100.00

    **The loan is current.**

                Total     $100.00

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice JPMorgan Chase Bank National Association/Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-2, Mortgage rights to collect these amounts will be unaffected.

Respectfully Submitted,
JPMorgan Chase Bank National Association/Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-2, Mortgage

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088